THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACOBS SOLUTIONS INC., a Delaware corporation; and JACOBS ENGINEERING GROUP INC., a Delaware corporation; and DOES 1-50,<br><br>Defendants. | No. 2:23-cv-01696-BJR<br><br>ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES |

## ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES

THIS CAUSE came before the Court on the parties' Stipulated Motion to Stay Case Deadlines (the "Motion").

The Court having reviewed the Motion, and being otherwise fully advised in the premises, approves the Stipulated Motion To Stay Deadlines for Sixty (60) days.

DATED this 30th day of November 2023.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

ORDER GRANTING STIPULATED MOTION TO STAY CASE
DEADLINES - 1
(Case No. 2:23-cv-01696-BJR)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Jointly Presented by:

JACKSON LEWIS P.C.

By: */s/ Peter H. Nohle*
Peter H. Nohle, WSBA #35849
Email: Peter.Nohle@jacksonlewis.com
Daniel Crowner, WSBA #37136
Email: Daniel.Crowner@jacksonlewis.com
520 Pike Street, Suite 2300
Seattle, WA 98101
Tel.: (206) 405-0404

Counsel for Defendants

EMERY | REDDY, PLLC

By: */s/ Timothy W. Emery*
Timothy W. Emery, WSBA #34078
Email: emeryt@emeryreddy.com
Patrick B. Reddy, WSBA #34092
Email: reddyp@emeryreddy.com
Paul Cipriani, WSBA #59991
Email: paul@emeryreddy.com
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel.: (206) 442-9106

Counsel for Plaintiff

ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES - 2
(Case No. 2:23-cv-01696-BJR)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404