The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JACOB ATKINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACOBS SOLUTIONS INC., a Delaware corporation; CH2M HILL, INC., a Florida corporation; and DOES 1-20,<br><br>Defendants. | No. 2:23-cv-01696-BJR<br><br>**STIPULATED MOTION TO REMAND TO STATE COURT AND ORDER** |

Plaintiff Jacob Atkinson and Defendants Jacobs Solutions Inc. and CH2M Hill, Inc., by and through their undersigned counsel, respectfully request that this action be remanded to King County Superior Court for completion of a class-wide settlement. The parties have agreed to remand as a settlement term, and remand will effectuate swift resolution of the matter.

STIPULATED MOTION TO REMAND TO STATE COURT
No. 2:23-cv-01696-BJR

PAGE 1 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

| | |
|---|---|
| EMERY REDDY, PLLC | JACKSON LEWIS P.C. |
| By: */s/ Patrick B. Reddy* <br> By: */s/ Timonthy W. Emery* <br> By: */s/ Paul Cipriani* <br> Patrick B. Reddy, WSBA #34092 <br> Timothy W. Emery, WSBA #34078 <br> Paul Cipriani, WSBA #59991 <br> EMERY REDDY, PLLC <br> 600 Stewart Street, Suite 1100 <br> Seattle, WA 98101 <br> Phone: (206) 442-9106 <br> Email: reddyp@emeryreddy.com <br> Email: emeryt@emeryreddy.com <br> Email: paul@emeryreddy.com <br> *Attorneys for Plaintiff* | By: */s/ Peter Nohle* <br> Peter Nohle, WSBA #35849 <br> Jackson Lewis P.C. <br> 520 Pike St, Ste 2300 <br> Seattle, WA 98101 <br> Phone: (206) 405-0404 <br> Email: peter.nohle@jacksonlewis.com <br> *Attorney for Defendant* |

STIPULATED MOTION TO REMAND TO STATE COURT
No. 2:23-cv-01696-BJR

PAGE 2 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

## **ORDER**

This matter came regularly before the Court on the parties' stipulated motion to remand to state court. The parties agreed to remand as a term of settlement, and this stipulation and motion will effectuate swift resolution of the matter.

Having considered the stipulation and motion herein, and being fully advised on the matter, the Court hereby GRANTS the stipulated motion to remand to state court.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED this 3rd day of June 2024

*Barbara J. Rothstein*
The Honorable Barbara J. Rothstein
United States District Judge

STIPULATED MOTION TO
REMAND TO STATE COURT
No. 2:23-cv-01696-BJR

PAGE 3 OF 4

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

Peter H. Nohle, WSBA #35849
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: (206) 274-6400
Email: peter.nohle@jacksonlewis.com

Dated this 31st day of May, 2024, at Seattle, Washington.

*/s/ Jennifer Chong*
Jennifer Chong, Legal Assistant
jennifer@emeryreddy.com

STIPULATED MOTION TO
REMAND TO STATE COURT
No. 2:23-cv-01696-BJR

PAGE 4 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711